UNITED STATES of America,
Plaintiff–Appellee

v.

Lawrence Clyde BRINGIER, Jr., also known as Junior, also known as Bread, Defendant–Appellant.

No. 12–30889
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 9, 2013.

Helina S. Dayries, Rene I. Salomon, Assistant U.S. Attorneys, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca Louise Hudsmith, Esq., Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Lawrence Clyde Bringier, Jr., Forrest City, AR, pro se.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Lawrence Clyde Bringier, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**296**

*Flores,* 632 F.3d 229 (5th Cir.2011). Bringier has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Bringier's response. We *concur* with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.